JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROJECT RUMOR LLC, a Wisconsin Limited Liability Company; SHAWN MAGHBOULEH, an individual; and RAVI PATEL, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**ATTORNEY GENERAL ROB A. BONTA, in his official capacity as Attorney General of California; COUNTY OF LOS ANGELES, a governmental entity; CITY OF SANTA MONICA, a governmental entity, THE SUPERIOR COURT OF CALIFORNIA OF THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, a governmental entity; JUDGE GEORGE F. BIRD JR., in his official capacity and individually; JUDGE LISA K. SEPE-WIESENFELD, in her official capacity and individually;**<br><br>[Continued on next page]<br><br>**CIVIL HALE, in her official capacity as Clerk of the Santa Monica Superior Courthouse/Court Executive** | 2:23-cv-03498-JLS-MRWx<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | Officer and individually; RUEBEN JUAREZ, in his official capacity as |
| 2 | Clerk of the Santa Monica Superior Courthouse and individually; and |
| 3 | DOES 1-10, |
| 4 | Defendants. |

Pursuant to the Court's February 21, 2024 Order Granting Defendant's Motion for Judgment on the Pleadings,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Dated: February 27, 2024

_____
Hon. Josephine L. Staton
United States District Judge

2